AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Millett, Patricia A. | U.S. Court of Appeals for the DC Circuit | 5/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

333 Constitution Ave., NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | The ▮▮▮▮ Trust dated February 25, 1998 as amended. |
| 2. Trustee | The ▮▮▮▮ Living Trust dated February 25, 1998, as amended |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 5/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 10/2018 | New York University Teaching stipend for IJA New Appellate Judges Seminar (7/15-20/2018) | $1,800.00 |
| 2. | 05/2018 | Georgetown Law School teaching compensation (1/17-4/25/2018) | $8,625.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Florida Sugar Cane League, Inc. -- spouse's salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 1/17-19/2018 | Philadelphia, PA | ALI Council meetings | Transportation & meals |
| 2. | Stanford University Law School | 2/9-10/2018 | Stanford, CA | Stanford Supreme Court at Midterm Conference | Transportation |
| 3. | Federal Judiciary Center | 4/16-18/2018 | Philadelphia, PA | Mid-Career Seminar for US Court of Appeals Judges | Transportation & meals |
| 4. | US Air Force Academy | 4/22-24/2018 | Colorado Springs, CO | Address law student cadets and faculty | Lodging, transportation & meals |
| 5. | American Law Institute | 5/21-23/2018 | Washington, DC | ALI Council meetings | Transportation & meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Millett, Patricia A.** | 5/15/2019 |

| 6. | Yeshiva University Cardozo Law School | 5/28-29/2018 | New York, NY | 2018 Commencement Speaker | Transportation & meals |
| 7. | New York University | 7/15-20/2018 | New York, NY | IJA New Appellate Judges Seminar | Transportation & meals |
| 8. | William & Mary School of Law | 9/20-22/2018 | Williamsburg, VA | Supreme Court Preview: Panel Member | Transportation |
| 9. | American Law Institute | 10/17-19/2018 | New York, NY | ALI Council meetings | Transportation & meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Treasury Bonds | A | Interest | K | T | | | | | |
| 2. Wells Fargo Bank - Various accounts | A | Interest | M | T | | | | | |
| 3. Florida Sugar Cane League, Inc. 401(k) Plan (H) | | | | | | | | | |
| 4. -WF Stable Fund C | A | Dividend | J | T | | | | | |
| 5. -FID FDM idx 2025 INV | C | Int./Div. | M | T | Buy (add'l) | 03/31/18 | J | | |
| 6. | | | | | Buy (add'l) | 06/30/18 | J | | |
| 7. | | | | | Buy (add'l) | 09/30/18 | J | | |
| 8. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 9. American Funds Growth Fund of America 529 Plan (H) | | | | | | | | | |
| 10. -Growth Fund of America 529A | D | Dividend | M | T | Sold (part) | 08/06/18 | K | | |
| 11. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 12. American Funds Income Fund of America 529 Plan (H) | | | | | | | | | |
| 13. -Income Fund of America 529A | D | Dividend | M | T | Sold (part) | 08/06/18 | J | | |
| 14. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 15. Brokerage Account #1 (H) | | | | | | | | | |
| 16. -Lockheed Martin Corp - Common | D | Dividend | N | T | | | | | |
| 17. Brokerage Account #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Raymond James Bank | A | Interest | J | T | | | | | |
| 19. -First Eagle Global Fund | D | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |
| 20. -First Eagle Global Fund | | | | | Buy (add'l) | 02/02/18 | J | | |
| 21. -First Eagle Global Fund | | | | | Buy (add'l) | 04/03/18 | J | | |
| 22. -First Eagle Global Fund | | | | | Buy (add'l) | 07/06/18 | J | | |
| 23. -First Eagle Global Fund | | | | | Buy (add'l) | 09/04/18 | J | | |
| 24. -First Eagle Global Fund | | | | | Sold (part) | 11/27/18 | K | | |
| 25. -Franklin Income Fund | | | | | Sold (part) | 05/24/18 | K | | |
| 26. -Franklin Income Fund | | | | | Sold (part) | 06/14/18 | K | | |
| 27. -Franklin Income Fund | | | | | Sold (part) | 07/23/18 | K | | |
| 28. -Franklin Income Fund | | | | | Sold | 11/27/18 | L | | |
| 29. -T. Rowe Price Capital Appreciation Fund | D | Dividend | M | T | Buy (add'l) | 02/01/18 | J | | |
| 30. -T. Rowe Price Capital Appreciation Fund | | | | | Buy (add'l) | 04/02/18 | J | | |
| 31. -T. Rowe Price Capital Appreciation Fund | | | | | Buy (add'l) | 07/05/18 | J | | |
| 32. -T. Rowe Price Capital Appreciation Fund | | | | | Buy (add'l) | 08/03/18 | J | | |
| 33. Brokerage Account #3 UTMA (H) | | | | | | | | | |
| 34. -T. Rowe Price Capital Appreciation Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #4 UTMA (H) | | | | | | | | | |
| 36. -T. Rowe Price Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 37. ▓▓▓ Prudential (H) | | | | | | | | | |
| 38. -AST Academic Strategies Asset Alloc Port | A | Interest | J | T | | | | | |
| 39. ▓▓▓ Revocable Trust Liv Trust Jackson Na (H) | | | | | | | | | |
| 40. -JNL/Lazard Emerging | | None | J | T | | | | | |
| 41. -JNL/Mellon S&P 400 | | None | J | T | | | | | |
| 42. -JNL/Mellon Cap Small Cap | | None | J | T | | | | | |
| 43. -JNL/Mellon Tech | | None | J | T | | | | | |
| 44. -JNL/Mellon Healthcare | | None | J | T | | | | | |
| 45. -JNL/Invesco China-India | | None | J | T | | | | | |
| 46. -JNL T.Rowe Price Mgd Vol | | None | K | T | Buy | 08/10/18 | K | | |
| 47. -JNL/Mellon Cap Europe | | None | J | T | | | | | |
| 48. -JNL Tactical ETF Growth | | None | K | T | | | | | |
| 49. -JNL/Lazard IntlStratEq | | None | J | T | | | | | |
| 50. -JNL/MMRS Conservative | | None | | | Sold | 08/10/18 | K | A | |
| 51. ▓▓▓ Brokerage- - non-retirement (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Healthcare Trust Am | A | Dividend | | | Sold | 02/12/18 | J | B | |
| 53. -Exxon Mobile Corp | C | Dividend | | | Sold | 04/20/18 | L | E | |
| 54. -Oppenheimer Steelpath MLP | A | Dividend | | | Sold | 02/13/18 | J | A | |
| 55. -Oppenheimer Global | | None | J | T | | | | | |
| 56. ▒▒▒▒ Brokerage -- retirement (H) | | | | | | | | | |
| 57. -Putman Absolute Return 700 | | None | J | T | | | | | |
| 58. -Principal Global Diversivied Income | A | Dividend | K | T | Sold<br>(part) | 02/12/18 | J | A | |
| 59. -Putnam Multi Cap Core | A | Dividend | J | T | | | | | |
| 60. -Highland Small Cap | | None | J | T | | | | | |
| 61. -Principal Balance | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 62. -AM Beacon Global Frontier | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 63. -AM Balance Fund | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 5/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part VII, Lines 37-63: These assets are in ▨▨▨▨ Revocable Living Trust; I am Trustee and a named beneficiary. I have no current financial interest or income from these assets or from the Living Trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Millett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544